UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.    01-cr-00215-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CRAIG STEPHEN HUDDY,

       Defendant.
_____

ORDER DENYING MOTION TO TERMINATE CURRENT SUPERVISED RELEASE
_____

       Upon consideration of defendant's Motion to Terminate Current Supervised Release (Doc. #266), filed on April 4, 2007, and the Government's response filed on April 20, 2007, it is

       ORDERED that for the reasons given in the Government's response, the Motion to terminate Current Supervised Release is denied.

       DATED: April 30th, 2007

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch, Judge

## CERTIFICATE OF SERVICE

Re: Case No.  01-cr-00215-RPM

      The undersigned certifies that a copy of the foregoing Order was served on April 30, 2007, by depositing the same in the United States Mail, postage prepaid, addressed to:

Craig Stephen Huddy
9370 Morning Glory Lane
Highlands Ranch, CO 80130

                              GREGORY C. LANGHAM, CLERK

                                  s/J. Chris Smith
                        By_____
                                  Deputy