UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.   01-cr-00215-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CRAIG STEPHEN HUDDY,

      Defendant.

_____

ORDER DENYING SECOND MOTION TO TERMINATE SUPERVISED RELEASE
_____

On April 4, 2007, Craig Stephen Huddy filed a motion to terminate his term of supervised release which this Court denied on April 30, 2007.  On October 22, 2007, Mr. Huddy filed another motion to terminate current supervised release.  The motion states the same reasons as the earlier motion and they are not sufficient.  It is

ORDERED that the second motion to terminate current supervised release is denied.

DATED: October 23rd, 2007

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Judge

## CERTIFICATE OF SERVICE

Re: Case No.  01-cr-00215-RPM

      The undersigned certifies that a copy of the foregoing Order was served on October ___ 2007, by depositing the same in the United States Mail, postage prepaid, addressed to:

Craig Stephen Huddy
9370 Morning Glory Lane
Highlands Ranch, CO 80130

                              GREGORY C. LANGHAM, CLERK

                              By_____
                                  Deputy